IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO.: 3:22cv637

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>APPROXIMATELY $44,875 IN UNITED )<br>STATES CURRENCY SEIZED FROM )<br>DYMOND THOMAS ON APRIL 6, 2022 AT )<br>THE CHARLOTTE-DOUGLAS )<br>INTERNATIONAL AIRPORT ) | SUBMISSION OF DECLARATION<br>OF PUBLICATION |

NOW COMES the United States of America, Plaintiff herein, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and submits a Declaration of Publication, attached as Exhibit A.

This 3rd day of January, 2023.

DENA J. KING
UNITED STATES ATTORNEY

/s/ Seth Johnson
J. Seth Johnson
Texas Bar No. 24083259
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202
Telephone: (704) 338-3159
Email: seth.johnson@usdoj.gov