IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-cv-00637-GCM

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| APPROXIMATELY $44,875 IN UNITED STATES CURRENCY, | |
| Defendant. | |

This matter is before the Court upon the Government's Motion to Dismiss this Complaint for Forfeiture *In Rem* pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. For the reasons stated in the Government's motion, the Court will allow voluntary dismissal.

IT IS THEREFORE ORDERED that this case is hereby DISMISSED WITH PREJUDICE.

Signed: November 7, 2023

Graham C. Mullen
United States District Judge